### IN THE UNITED STATES DISTRICT COURT
### OF THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**ROMESHIA HICKMAN, BY AND THROUGH**
**HER NATURAL PARENTS AND GUARDIANS,**
**JOHNNIE HICKMAN AND DORIS HICKMAN**                                                      **PLAINTIFF**

**VS.**                                                                      **CIVIL ACTION NO. 4:07cv4-DPJ-JCS**

**MELISSA WALLACE,**
**NELSON HALL CHEVROLET, INC.,**
**GENERAL MOTORS CORPORATION**
**AND JOHN DOES 1-10**                                                                      **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL

Romeshia Hickman, by and through her natural parents and guardians, Johnnie Hickman and Doris

Hickman (Plaintiff) and General Motors Corporation (Defendant) have advised the Court that all claims in

this case have been settled.  The parties jointly move that this lawsuit be dismissed, with prejudice, each party

to bear its own costs.

WHEREFORE, it is hereby ordered that this lawsuit is dismissed, with prejudice, each party to bear

its own costs.

**SO ORDERED AND ADJUDGED** this the 18th day of March, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE


AGREED TO:

*/s/ J.C. Patton, Jr.*
J. C. PATTON, JR., ESQ.
*Counsel for Plaintiff, Romeshia Hickman,*
*by and through her Natural Parents and*
*Guardians, Johnnie Hickman and Doris Hickman*


**/s/ Paul V. Cassisa, Jr.**
PAUL V. CASSISA, JR., ESQ.
*Counsel for Defendant, General Motors Corporation*